HELEN ROLAND v. R.H. MACY'S v. TEMPCO
SERVICE INDUSTRIES.

February 13, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. JAMES BENNETT.

February 13, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. CLIFFORD GOLDWARE.

February 13, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. MITCHELL C. GRAY.

February 13, 1986.

Petition for certification denied.  (See 206 *N.J.Super.* 517)